UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-116-D-14

UNITED STATES OF AMERICA    )
                                    )
       v.                       )
                                    )
CRAIG ANTHONY MELVIN     )

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing

memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED

SO ORDERED, this the _____17_____ day of August, 2018.


_____

Hon. James C. Dever, III
Chief U.S. District Judge