# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**            **Crim. No. 7:16-CR-116-14D**

**CRAIG ANTHONY MELVIN**

On August 16, 2019, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

        I declare under penalty of perjury that the foregoing is true and correct.

        /s/ Van R. Freeman, Jr.
        Van R. Freeman, Jr.
        Deputy Chief U.S. Probation Officer
        150 Rowan Street Suite 110
        Fayetteville, NC 28301
        Phone: 910-354-2542
        Executed On: February 15, 2022

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___17___ day of ___February___, 2022.

                James C. Dever III
                U.S. District Judge